and *Russell E. Parsons* for petitioners. *Acting Solicitor General Judson* for respondents. *Mr. Wayne M. Collins* filed a brief on behalf of the Northern and Southern California Branches of the American Civil Liberties Union, as *amici curiae,* in support of the petition.

No. 387. UNITED STATES *v.* ALCEA BAND OF TILLAMOOKS ET AL. October 22, 1945. Petition for writ of certiorari to the Court of Claims granted. *Acting Solicitor General Judson* for the United States. *Messrs. Everett Sanders, L. A. Gravelle* and *Edward F. Howrey* for respondents.

No. 238. HULBERT ET AL. *v.* TWIN FALLS COUNTY. October 22, 1945. Petition for writ of certiorari to the Supreme Court of Idaho granted. *Acting Solicitor General Cox* for petitioners. *Frank Langley,* Attorney General of Idaho, and *Mr. Everett M. Sweeley* for respondent.

No. 384. SMITH, TRUSTEE, ET AL. *v.* HOBOKEN RAILROAD, WAREHOUSE & STEAMSHIP CONNECTING CO. ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. James D. Carpenter, Jr., Edward A. Markley* and *Parker McCollester* for petitioners. *Mr. Edward J. O'Mara* for respondents.

No. 392. MEYER *v.* FLEMING ET AL., TRUSTEES. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE FRANKFURTER took no part in the consideration